UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANK L. MCCALL, JR. (#130746)

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL

CIVIL ACTION

NO. 07-978-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 5, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action will be dismissed, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, April 15, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA